# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| TAMMY J. SHAW, *et al., pro se*, <br> Plaintiffs, <br> v. <br> LYNCHBURG DEPT. OF SOCIAL SERVICES, *et al.* <br> Defendants. | CIVIL NO. 6:08CV00022 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on the Federal Rule of Civil Procedure 12(b)(6) motions to dismiss filed by the Lynchburg Department of Social Services ("LDSS"), Eleanor Dunn, Sally Barca, Lisa Parks, and Robert Moore (collectively, the "Lynchburg Defendants") (docket no. 27), Governor Tim Kaine and Attorney General Bob McDonnell (docket no. 7), and Dr. A.J. Anderson (docket no. 11), the motion to quash service filed by the Lynchburg Defendants (docket no. 26), and Shaw's motion to deny Kaine and McDonnell's motion to dismiss (docket no. 16), motion for summary judgment (docket no. 18), motion to deny Dr. Anderson's motion to dismiss (docket no. 19), motion for joinder of real parties in interest (docket no. 31), motion for Alexander Bell to be withdrawn as counsel (docket no. 33), motion to deny the Lynchburg Defendants' motion to dismiss (docket no. 39), and motion for miscellaneous relief (docket no. 41). For the reasons set forth in the accompanying Memorandum Opinion:

1. Each of the Defendants' separate motions to dismiss (docket nos. 7, 11, 27) are GRANTED. All counts of Shaw's Amended Complaint are dismissed, with prejudice;

2. Shaw's motions to deny the motions to dismiss (docket nos. 16, 19, 39) are DENIED;

3.  Shaw's motion for summary judgment (docket no. 18) is DENIED;

4.  The Lynchburg Defendants' motion to quash service (docket no. 26) is DENIED as MOOT;

5.  Shaw's motion for joinder of real parties in interest (docket no. 31) is DENIED;

6.  Shaw's motion for Alexander Bell to be withdrawn as counsel (docket no. 33) is DENIED; and

7.  Shaw's motion for miscellaneous relief (docket no. 41) is DENIED.

Accordingly, the Court hereby TERMINATES this case and ORDERS it stricken from the active docket. The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to Shaw.

It is so ORDERED.

Entered this 29th day of January, 2009.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE